IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:26-cv-05107-RBJ

RUBEN SOTO MADRID,

Petitioner,

v.

JUAN BALTAZAR, et al.,
in their official capacities,

Respondents.

---

**ORDER**

---

This matter comes before the Court on Ruben Soto Madrid's ("Petitioner") Verified Petition for Writ of Habeas Corpus ("Petition"). ECF No. 1.

The Petition alleges that Petitioner is a Mexican national who entered the United States on a tourist visa. *Id.* at ¶ 25. Petitioner has no criminal history and is married under Colorado common-law to a United States citizen. *Id.* Petitioner is currently detained at Denver Contract Detention Facility in Aurora, Colorado. *Id.* at ¶ 33.

On August 22, 2026, Immigration and Customs Enforcement ("ICE") officers, in search of another individual, stopped Petitioner and asked for his documentation. *Id.* at ¶ 26. ICE officers stated that they stopped Petitioner because

of his Mexican license plates. *Id.* at ¶ 27. They arrested Petitioner without presenting him with a warrant. *Id.* at ¶¶ 28–29. The document later presented to Petitioner only stated that there was probable cause that Petitioner is removable, not that he was likely to escape before a warrant could be obtained. *Id.* at ¶¶ 30–31. Petitioner has not been provided with a Notice to Appear or a Notice of Custody Determination. *Id.* at ¶ 32.

To protect the status quo and preserve this Court's jurisdiction, the Court hereby enjoins Respondents from removing petitioner from the United States or transferring her out of Colorado unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this order or the case is terminated.

At this time, the Court takes no action with respect to the remainder of the relief sought in the Petition. The Court respects the urgency of Petitioner's allegations, as well as the expedited nature of habeas proceedings. Nevertheless, these considerations must be balanced with affording Respondents a reasonable time to assess the facts and legal issues from their perspective and respond appropriately.

Within seven days of notice of this Order, Respondents are ORDERED TO SHOW CAUSE as to why the Petition should not be granted. *See Yassine v. Collins*, 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. Jul. 7, 2025) (stating that 28 U.S.C. § 2243's three-day deadline is "subordinate to the district court's authority to set deadlines") (citation omitted).

Dated: October 13, 2026. BY THE COURT:

R. Brooke Jackson
Senior United States District Court Judge